UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFF L. BETCHER,   )   | |
|              Plaintiff,   )   | |
| v.   )   | NO. 2: 09-0051 |
| FICOSA NORTH AMERICAN   )   | JUDGE CAMPBELL |
| CORPORATION, and DELBAR   )   | |
| PRODUCTS, INC.,   )   | |
|              Defendants.   )   | |

ORDER

Pending before the Court is Plaintiff's Motion to Remand (Docket No. 13). For the reasons stated in the accompanying Memorandum, Plaintiff's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE